PHOEBE V. REDMOND, ESQ.
Nevada Bar No. 9657
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Tel:  (702) 799-5373
Fax:  (702) 799-5505
redmopv@nv.ccsd.net
*Attorney for Clark County School District*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NITIA HALL, individually, and as Parent and Guardian of A.W., a minor<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:20-cv-02163-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs Nitia Hall, individually and as parent and guardian of A.W., a minor (hereinafter, "Plaintiffs"), and Defendant Clark County School District (hereinafter, "Defendant"), by and through their respective attorneys of record, hereby stipulate to extend the time for Defendant to file a response to Plaintiffs' First Amended Complaint (ECF No. 1), from the current deadline of December 1, 2020 for three days, up to and including Friday, December 4, 2020.  This is the first request for an extension of time to respond to Plaintiffs' First Amended Complaint.

Defendant seeks an extension to allow sufficient time to prepare an appropriate response to the First Amended Complaint.  Plaintiffs served Defendant with process on October 26, 2020.

On November 24, 2020, Defendant removed the above-entitled action to the United States District Court for the District of Nevada.  Because of the inquiry needed to properly respond to Plaintiffs' allegations and personnel not being available, particularly due to the holiday, counsel requires additional time to answer or otherwise respond to Plaintiffs' First Amended Complaint.

Based on the foregoing, the parties hereby stipulate to an extension of time, until Friday, December 4, 2020 for Defendant to respond to the First Amended Complaint.  The three-day extension will have no significant or prejudicial impact on the proceedings.

This request is made in good faith and not for the purpose of delay.

Dated:  December 1, 2020

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Phoebe V. Redmond*
Phoebe V. Redmond, Esq. (#9657)
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorney for Defendant*

Dated:  December 1, 2020

BOWEN LAW OFFICES

By: */s/ Jerome R. Bowen*
Jerome R. Bowen, Esq. (#4540)
Jeffrey W. Chronister, Esq. (#15194)
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, NV  89129
*Attorneys for Plaintiffs*

### ORDER

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE